AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>GARBIS, MARVIN J. | 2. Court or Organization<br><br>DISRICT OF MARYLAND | 3. Date of Report<br><br>07/07/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>101 W. LOMBARD STREET<br>BALTIMORE, MD 21201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF ADVISORS TO DEAN | UNIVERSITY OF BALTIMORE LAW SCHOOL |
| 2. MEMBER, BOARD OF DIRECTORS, EXECUTIVE COMMITTEE | INTERNATIONAL JUDICIAL ACADEMY |
| 3.. | |
| 4. | |
| 5. | |

2012 JUL 16 A 8: 50 RECEIVED FINANCIAL OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. ONGOING | THOMSON (WEST SERVICES, INC.) HON. RONALD RUBIN AND PATRICIA MORGAN (DECEASED) ROYALTIES PAID AUTHORS OF CASEBOOK |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | INTENATIONAL JUDICIAL ACADEMY | APRIL 25 - 29 | MEXICO CITY, MEXICO | FACULTY, JUDICIAL EDUCATION SEMINAR | TRAVEL, MEALS, LODGING |
| 2. | INTERNATIONAL JUDICIAL ACADEMY | AUGUST 12 - 19 | LIMA, PERU AND BOGATA, COLOMBIA | FACULTY, JUDICIAL EDUCATION SEMINAR | TRAVEL, MEALS, LODGING |
| 3. | ALI-ABA | OCTOBER 12 - 14 | CHICAGO, ILLINOIS | FACULTY, SEMINAR ON PATENT TRIALS | TRAVEL.MEALS, LODGING |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/07/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/07/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PERSONALLY OWNED (HEADER) | | | | | | | | | |
| 2. M & T CHECKING | A | Interest | J | T | | | | | |
| 3. T ROWE PRICE TAX FREE BOND FUND | A | Dividend | J | T | | | | | |
| 4. PINNACLE NORTHEAST, INC. | | None | J | T | | | | | |
| 5. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. IRA (COMBINED FORMER IRA -1 AND IRA - 2) (HEADER) | | | | | | | | | |
| 8. LEGG MASON VALUE TRUST LMVTX | A | Dividend | L | T | Sold | 7/18/11 | K | A | |
| 9. ROYCE FUND PENNSYLVANIA RYPCX | A | Dividend | M | T | | | | | |
| 10. TEMPLETON GROWTH FUND TMGBX | A | Dividend | K | T | | | | | |
| 11. ROYCE FUNDS MICRO CAP RYMCX | A | Interest | J | T | | | | | |
| 12. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 13. LEGG MASON SPECIAL INVESTMENT TRUST LMASX | A | Dividend | M | T | | | | | |
| 14. LEGG MASON OPPORTUNITY TRUST LMOPX | A | Dividend | L | T | Sold (part) | 2/14/11 | L | A | |
| 15. FED EQ KAUFMAN FUND KAUBX | A | Dividend | | | Sold | 12/12/11 | K | A | |
| 16. LEGG MASON, INC. LM | | None | | | Sold | 12/12/11 | K | A | |
| 17. HENDERSON INTERNATIONAL OPPORTUITY FUND HPOBX | A | Dividend | | | Sold | 2/14/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/07/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FED INT SMALL-MID COMPANY FD ISCAX | A | Dividend | K | T | | | | | |
| 19. BAIRD MONEY MARKET | A | Interest | | | Merged (with line 12) | 07/26/11 | J | | |
| 20. FRANKLIN GOLD FKRCX | A | Dividend | K | T | | | | | |
| 21. COMPUGEN CGEN | | None | J | T | | | | | |
| 22. NEUBERGER BERMAN NMGAX | | None | K | T | Buy | 12/12/11 | K | | |
| 23. PRUDENTIAL INV JENNISON EQUITY INCOME JEIBX | | None | K | T | Buy | 7/18/11 | K | | |
| 24. PRUDENTIAL INV JENNISON 20/20 FOCUS PTWBX | | None | K | T | Buy | 7/18/11 | K | | |
| 25. FEDRATED EQUITY RIMAX | | None | K | T | Buy | 2/14/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/07/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/07/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544